FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACKSON BEVCO, INC. an Idaho corporation,<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　　vs.<br><br>BIG SMOKE AND CONVENIENCE LLC, a Washington limited liability company,<br>　　　　Defendant and Counterclaim-Plaintiff. | NO: 1:24-CV-3087-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice. ECF No. 8. The parties agree for the dismissal of this action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, ECF No. 8, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own attorney fees and costs.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal with Prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED July 30, 2024.



THOMAS O. RICE
United States District Judge